May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS MEDICAL BRANCH AT GALVESTON,
Appellant

NO. 14-12-00581-CV        V.

KAI HUI QI, Appellee
_____

    This cause, an appeal from the judgment in favor of appellee, KAI HUI QI, signed June 11, 2012, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing KAI HUI QI's suit for lack of jurisdiction.

    We order appellee, KAI HUI QI, to pay all costs incurred in this appeal. We further order this decision certified below for observance.